IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| | | CIVIL ACTION NO. 1:22-CV-00129-RP |
| v. | | |
| RYLI BLUE LLC D/B/A RYLI BLUE SALON AND MICHAEL ROSARIO, | | |
| Defendants. | | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Hartford Underwriters Insurance Company hereby notifies the Court that it is dismissing with prejudice all claims against Ryli Blue LLC d/b/a Ryli Blue Salon ("Ryli Blue") and Michael Rosario ("Rosario") in the captioned lawsuit with prejudice. Ryli Blue and Rosario have filed neither an answer to the complaint nor a motion for summary judgment as to these claims, and dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

*/s/Janet Tolbert*
Janet Tolbert
State Bar No. 10300510
Janet.tolbert@wilsonelser.com
**WILSON ELSER MOSKOWITZ
 EDELMAN & DICKER LLP**
901 Main Street, Suite 4800
Dallas, Texas 75202
Telephone: 214.698.8078
Facsimile: 214.698.1101
**ATTORNEYS FOR HARTFORD UNDERWRITERS INSURANCE COMPANY**