IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:22-CV-129-RP |
| RYLI BLUE LLC d/b/a RYLI BLUE SALON and MICHAEL ROSARIO, | § § § § | |
| Defendants. | § § | |

## ORDER

On July 1, 2022, Hartford Underwriters Insurance Company ("Plaintiff") dismissed all claims in this case with prejudice. (Dkt. 11). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants Ryli Blue LLC d/b/a Ryli Blue Salon and Michael Rosario have not served answers or motions for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 5, 2022.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE